IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BENNIE JOHNSON,** : | |
| Plaintiff, : | |
| vs. : | CA 08-0394-CG-C |
| **ANSELL PROTECTIVE PRODUCTS, et al.,** : | |
| : | |
| Defendants. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a **de novo** determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 22, 2008 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 2nd day of October, 2008.

    /s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**