IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BENNIE JOHNSON,** | : |
| Plaintiff, | : |
| vs. | :   CA 08-0394-CG-C |
| **ANSELL PROTECTIVE PRODUCTS, et al.,** | : |
| Defendants. | : |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the motion to remand filed in this case (Doc. 15) be and the same hereby is **GRANTED** and that this case be **REMANDED** to the Circuit Court of Perry County, Alabama.

**DONE and ORDERED** this 2nd day of October, 2008.

   /s/ Callie V. S. Granade   
**CHIEF UNITED STATES DISTRICT JUDGE**